IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ERICA HINES,                                )
                                            )
                Plaintiff,                  )
                                            )
        vs.                                 )        No.CIV-21-128-R
                                            )
PORTFOLIO RECOVERY ASSOCIATES,              )
                                            )
                Defendant(s).               )

## O R D E R

This action was filed on February 18, 2021, [Doc. #1]. Although it appears that summons has been issued, there is no indication in the record that service has been obtained on Portfolio Recovery Associates. Therefore, Plaintiff is DIRECTED to show cause in writing, within fourteen (14) days of the date of this Order, why service has not been timely made upon this defendant. In absence of such a showing, Plaintiff's complaint may be dismissed.

IT IS SO ORDERED this 2nd day of June, 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE