UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERICA HINES<br>        Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES<br>        Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 5:21-cv-00128-R<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff brings this Unopposed Motion to Substitute Counsel, requesting the Court grant permission for Matthew Flies to withdraw and to substitute Jeffrey Wilson as attorney of record for Plaintiff in this cause, and in support thereof would show:

1. Matthew Flies was originally retained to represent Erica Hines in the above captioned matter.

2. Due to recent health issues experienced by Mr. Flies which still have not completely resolved, it is in client's best interest for Mr. Flies to withdraw from this matter. Client has been fully apprised of said health issues and has no objection to substitution of counsel.

1

3.  Jeffrey Wilson has been retained to represent Ms. Erica Hines in this case and Ms. Hines approves of this substitution.

4.  Substitution of Attorney Jeffrey Wilson, is in the best interest of the client and Mr. Wilson is familiar with the case.

5.  This Motion is not brought for delay, but to allow the Plaintiff to be represented by counsel of their choice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court enter an order allowing Matthew Flies to withdraw from representing Erica Hines and to substitute Jeffrey Wilson as attorney of record in this cause.

Respectfully submitted,

s/ Matthew B. Flies
MATTHEW B. FLIES, OBA#17387
CARGILL & FLIES P.C.
3334 W. Main Street #223
NORMAN, OK 73072
Tel:. (405) 822-2880
Email:  CargillFlies@yahoo.com

2

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon Defendant via CM/ECF.

Respectfully submitted,

Date:  September 29, 2020          /s/ Matthew B. Flies
                                   Matthew B. Flies