**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERICA HINES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-21-128-R** |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Joint and Agreed Motion for Continuance filed by the parties [Doc. 35] is

DENIED.

IT IS SO ORDERED this 23rd day of November 2022.

_____

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**